UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Debora Turner, <br><br>    Plaintiff, <br><br> vs. <br><br> AnMed Health Medical Center a/k/a AnMed Health; Aaron C. MacDonald, MD; Larry Davidson, MD; Christie B. Mina, MD; Piedmont Spine and Neurosurgical Group, P.A.; Donald Woodburn, MD; 24 ON Physicians, PC; Stephen Hand, MD; Syed W. Malik, MD; Longinus O. Agor, MD; Clint Seymour, MD; Healthsouth Corporation d/b/a AnMed Health Rehabilitation Hospital; and Chris Johnson, PA-C, <br><br>    Defendants. | Civil Action No.: 8:17-cv-00114-TMC <br><br><br> **JOINT MOTION TO CORRECT DEFENDANT'S NAME** |

The undersigned parties have agreed to the substitution of named party "HealthSouth Corporation d/b/a AnMed Health Rehabilitation Hospital" with the correct entity: "AnMed Enterprises, Inc./ HealthSouth, LLC d/b/a Anmed Health Rehabilitation Hospital, an affiliate entity of AnMed Health and HealthSouth Corporation". This change shall be reflected in the caption of this matter.

Therefore, the Parties request this Court to sign an Order substituting as Defendant "AnMed Enterprises, Inc./ HealthSouth, LLC d/b/a AnMed Health Rehabilitation Hospital, an affiliate of AnMed Health and HealthSouth Corporation" for "HealthSouth Corporation d/b/a AnMed Health Rehabilitation Hospital".

Respectfully submitted,

s/ J. Edward Bell, III
J. Edward Bell, III
Federal ID #:  1280
Bell Legal Group
219 North Ridge Street
Georgetown, South Carolina 29440
ebell@edbelllaw.com
TEL:   (843) 546-2408
FAX:   (843) 546-9604
ATTORNEY FOR THE PLAINTIFF

s/ James V. Painter
James V. Painter
Andrew A. Murdison
Brennan, Wasden & Painter LLC
801 Broad Street
Suite 501
Augusta, Georgia 30901
jpainter@brennanwasden.com
(PH) 706-250-7373
(FX) 706-550-0614
ATTORNEY FOR DEFENDANT ANMED ENTERPRISES, INC./HEALTHSOUTH, LLC D/B/A ANMED HEALTH REHABILITATION HOSPITAL, AN AFFILIATE OF ANMED HEALTH AND HEALTHSOUTH CORPORATION

July 5, 2017

2